### BYRD *et al. v.* HOWARD *et al.*

HILL, J. This case is controlled by the decision this day rendered in the case of *Howard* v. *Cassidy*, ante.

*Judgment in part affirmed, with direction; and in part reversed. All the Justices concur.*

NOVEMBER 18, 1913.

Injunction. Before Judge Mathews. Bibb superior court. September 22, 1913.

The same counsel as in the case next preceding.